**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-07745-ERW |
| | § | |
| DONALD E MCINTYRE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 01/09/2013, in Courtroom 744, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   12/06/2012          By:   /s/ David P. Leibowitz
                                                (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-07745-ERW |
| | § | |
| DONALD E MCINTYRE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $250,000.00
*and approved disbursements of* $238,401.56
*leaving a balance on hand of[1]:* $11,598.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 0 | Bank of America N.A | $144,526.93 | $144,526.93 | $144,526.93 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $11,598.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $6,000.00 | $0.00 | $6,000.00 |
| David P. Leibowitz, Trustee Expenses | $779.75 | $0.00 | $779.75 |
| Lakelaw, Attorney for Trustee Fees | $2,100.00 | $0.00 | $2,100.00 |
| Lakelaw, Attorney for Trustee Expenses | $34.56 | $0.00 | $34.56 |
| POPOWCER KATTEN, LTD, Accountant for Trustee Fees | $460.00 | $0.00 | $460.00 |
| Office of the Clerk United States Bankruptcy | $250.00 | $0.00 | $250.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

| | | | |
|---|---|---|---|
| Court, Clerk of the Court Costs | | | |

    Total to be paid for chapter 7 administrative expenses:     $9,624.31
    Remaining balance:     $1,974.13

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

    Total to be paid to prior chapter administrative expenses:     $0.00
    Remaining balance:     $1,974.13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,017.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | INTERNAL REVENUE SERVICE | $5,017.51 | $0.00 | $1,974.13 |

    Total to be paid to priority claims:     $1,974.13
    Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $54,187.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $17,437.63 | $0.00 | $0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | $14,318.73 | $0.00 | $0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 3 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | $9,746.40 | $0.00 | $0.00 |
| 4 | FIA Card Services, NA/Bank of America | $12,424.61 | $0.00 | $0.00 |
| 5 | ILLINOIS BELL TELEPHONE COMPANY | $259.77 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:   $0.00
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $24.23 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 6-1 | INTERNAL REVENUE SERVICE | $24.23 | $0.00 | $0.00 |

Total to be paid for subordinated claims:   «mnyTotalUnsecuredCreditorsSub_v2»
Remaining balance:   $0.00

Prepared By: /s/ David P. Leibowitz

Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-07745-ERW
Donald E McIntyre                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons           Page 1 of 2           Date Rcvd: Dec 07, 2012
                              Form ID: pdf006          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2012.
```
db          #+Donald E McIntyre,    923 S. Home Ave.,   Oak Park, IL 60304-1832
16875268     Bank Of America,   P O Box 851001,   Wilmington, DE  19850-1001
16875269     Bank Of America Customer Service,   P O Box 5170,   Simi Valley, CA  93062-5170
16875270    +Blatt Hasenmiller Leibsker Moore,   125 S. Wacker Dr. #400,   Chicago, IL  60606-4440
16875271     Chase Bank,   P O Box 15298,   Wilmington, DE  19886-5153
17228428     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16875272    +Citi Cards,   P O Box 6241,   Sioux Falls, SD 57117-6241
16875273     Citi Drivers Edge Card,   P O Box 688901,   Des Moines, IA  50368-8901
17368963     FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
16875275     HFC,   P O  Box 17574,   Baltimore, MD  21297-1574
16875276     HFC,   4747 N. Harlem Ave Hollywood Plaza C,   Norwood Heights, IL  60656
16875277     HSBC Payment Processing Center,   P O  Box 5891,   Carol Stream, IL  60197-5891
17510780    +ILLINOIS BELL TELEPHONE COMPANY,    %AT&T SERVICES INC.,    ATTORNEY:JAMES GRUDUS, ESQ.,
              ONE AT&T WAY, ROOM 3A218,   BEDMINSTER, NJ 07921-2693
16875267    +Law Office of Daniel J,   Rice,   1001 Harlem Ave,   Forest Park, IL 60130-2380
16875266    +McIntyre Donald E,   923 S  Home Ave,   Oak Park, IL 60304-1832
16875278    +Target National Bank,   P O  Box 673,   Minneapolis, MN 55440-0673
16875279    +Wells Fargo Financial,   3201 N.  4th Ave.,   Sioux Falls, ND 57104-0700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17798456     E-mail/Text: cio.bncmail@irs.gov Dec 07 2012 20:47:54
              Department of Treasury   Internal Revenue Service,   P O Box 7346,   Philadelphia, PA  19101-7346
17345944    +E-mail/Text: resurgentbknotifications@resurgent.com Dec 07 2012 20:48:36
              PYOD LLC its successors and assigns as assignee of,   Citibank, NA, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16875274     ##Citi Financial Retail Services,   P O Box 22060,   Tempe, AZ  85285-2060
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2012**                 **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: csimmons              Page 2 of 2                  Date Rcvd: Dec 07, 2012
                               Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2012 at the address(es) listed below:
          David P Leibowitz   on behalf of Plaintiff David Leibowitz dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          David P Leibowitz   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Deborah K Ebner   on behalf of Debtor Donald McIntyre dkebner@deborahebnerlaw.com,
           sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                     TOTAL: 4