UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-07745-ERW |
| | § | |
| DONALD E MCINTYRE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $262,540.00 | Assets Exempt: | $275,880.00 |
| Total Distributions to Claimants: | $146,501.06 | Claims Discharged Without Payment: | $115,384.75 |
| Total Expenses of Administration: | $49,406.19 | | |

3) Total gross receipts of $250,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $54,092.75 (see **Exhibit 2),** yielded net receipts of $195,907.25 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $137,540.00 | $144,526.93 | $144,526.93 | $144,526.93 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $58,758.92 | $56,198.92 | $49,406.19 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $5,017.51 | $5,017.51 | $1,974.13 |
| General Unsecured Claims (from **Exhibit 7**) | $112,130.00 | $54,211.37 | $54,211.37 | $0.00 |
| **Total Disbursements** | $249,670.00 | $262,514.73 | $259,954.73 | $195,907.25 |

4).  This case was originally filed under chapter 7 on 02/26/2011.  The case was pending for 27 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/08/2013          By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Single Family Home located in Oak Park, IL owned by Debtor and live-in friend. Both parties on Deed | 1110-000 | $250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$250,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Exemptions Paid to Donal McIntyre | Exemptions | 8100-002 | $13,112.75 |
| Payment ton Co-Owner | Funds to Third Parties | 8500-002 | $40,980.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$54,092.75** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0 | Bank of America N.A | 4110-000 | $137,540.00 | $144,526.93 | $144,526.93 | $144,526.93 |
| **TOTAL SECURED CLAIMS** | | | **$137,540.00** | **$144,526.93** | **$144,526.93** | **$144,526.93** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $12,792.73 | $12,792.73 | $6,000.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $779.75 | $779.75 | $779.75 |
| Chicago Title and Trust Comapny - Closing Fee | 2500-000 | NA | $442.50 | $442.50 | $442.50 |
| payment to Deborah Ebner | 2500-000 | NA | $3,775.00 | $3,775.00 | $3,775.00 |
| Payment to Title Insurance | 2500-000 | NA | $1,350.00 | $1,350.00 | $1,350.00 |
| Repair Credit | 2500-000 | NA | $500.00 | $500.00 | $500.00 |
| Sun-Times Media | 2500-000 | NA | $310.40 | $310.40 | $310.40 |
| Underwriter's Fee | 2500-000 | NA | $238.00 | $238.00 | $238.00 |
| Green Bank | 2600-000 | NA | $39.30 | $39.30 | $39.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| 2010 and 2011 Property Taxes | 2820-000 | NA | $12,303.95 | $12,303.95 | $12,303.95 |
| Transfer Taxes | 2820-000 | NA | $375.00 | $375.00 | $375.00 |
| Local County Taxes | 2820-002 | NA | $5,052.73 | $5,052.73 | $5,052.73 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $4,200.00 | $2,100.00 | $2,100.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $34.56 | $34.56 | $34.56 |
| POPOWCER KATTEN, LTD, Accountant for Trustee | 3410-000 | NA | $920.00 | $460.00 | $460.00 |
| Commission paid to Oracle Realty, Realtor for Trustee | 3510-000 | NA | $15,395.00 | $15,395.00 | $15,395.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $58,758.92 | $56,198.92 | $49,406.19 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 6 | INTERNAL REVENUE SERVICE | 5800-000 | NA | $5,017.51 | $5,017.51 | $1,974.13 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,017.51 | $5,017.51 | $1,974.13 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-900 | $18,000.00 | $17,437.63 | $17,437.63 | $0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | 7100-900 | $14,000.00 | $14,318.73 | $14,318.73 | $0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | 7100-900 | $9,800.00 | $9,746.40 | $9,746.40 | $0.00 |
| 4 | FIA Card | 7100-900 | $12,200.00 | $12,424.61 | $12,424.61 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Services, NA/Bank of America | | | | | |
| 5 | ILLINOIS BELL TELEPHONE COMPANY | 7100-000 | NA | $259.77 | $259.77 | $0.00 |
| 6-1 | INTERNAL REVENUE SERVICE | 7300-000 | NA | $24.23 | $24.23 | $0.00 |
| | Blatt Hasenmiller Leibsker Moore | 7100-000 | $9,000.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $3,530.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $6,100.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $100.00 | NA | NA | $0.00 |
| | Citi Financial Retail Services | 7100-000 | $2,000.00 | NA | NA | $0.00 |
| | HFC | 7100-000 | $18,000.00 | NA | NA | $0.00 |
| | HFC | 7100-000 | $8,000.00 | NA | NA | $0.00 |
| | HSBC Payment Processing Center | 7100-000 | $3,300.00 | NA | NA | $0.00 |
| | Target National Bank | 7100-000 | $100.00 | NA | NA | $0.00 |
| | Wells Fargo Financial | 7100-000 | $8,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $112,130.00 | $54,211.37 | $54,211.37 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-07745-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MCINTYRE, DONALD E | Date Filed (f) or Converted (c): | 02/26/2011 (f) |
| For the Period Ending: | 5/8/2013 | §341(a) Meeting Date: | 04/12/2011 |
| | | Claims Bar Date: | 07/19/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single Family Home located in Oak Park, IL owned by Debtor and live-in friend. Both parties on Deed | $275,000.00 | $125,000.00 | | $250,000.00 | FA |
| Asset Notes: | Exemptions paid in the amount of $13,112.75. Okay per Trustee. | | | | | |
| 2 | $100.00 emergency cash | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Checking acct #xxxx xxxx 7532 at Bank of America | $1,800.00 | $0.00 | | $0.00 | FA |
| 4 | Home furnishings and TV, Boom Box and computer. | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Pictures w/frames (amateur artwork) | $20.00 | $0.00 | | $0.00 | FA |
| 6 | Clothing, shoes, boots | $100.00 | $0.00 | | $0.00 | FA |
| 7 | IRA worth approximately $300,000.00 but it is gone as a result of an investment fraud scheme per letters from US Dept. of Justice and Millenium Trust Co. | $260,000.00 | $0.00 | | $0.00 | FA |
| 8 | 1996 Plymouth Breeze | $900.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**           **Gross Value of Remaining Assets**
$538,420.00    $125,000.00            $250,000.00    $0.00

**Major Activities affecting case closing:**
Get BPO on property in Oak Park, IL. James Brandalino Ponzie scheme. Consumer Fraud and Practice act, claim against Millennium and New Beginning regarding debtor settlement payments. Need one year bank statements. Debtor's phone number 708-848-4066
Prepare TDR

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ | |

Page No: 1
Case 11-07745  Doc 58  Filed 05/08/13  Entered 05/08/13 10:42:08  Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 7 of 9
Exhibit 9

| Case No. | 11-07745-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MCINTYRE, DONALD E | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9538 | Checking Acct #: | ******4501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/26/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/8/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/28/2012 | | Chicago Title and Trust Company | Proceeeds from the Sale of Debtor's property | * | $11,948.14 | | $11,948.14 |
| | {1} | | Gross Proceeds from the sale of the Debtor's Property.  $250,000.00 | 1110-000 | | | $11,948.14 |
| | | | Commission paid to Oracle Realty  $(15,395.00) | 3510-000 | | | $11,948.14 |
| | | | Chicago Title and Trust Comapny - Closing Fee  $(442.50) | 2500-000 | | | $11,948.14 |
| | | | Payment to Title Insurance  $(1,350.00) | 2500-000 | | | $11,948.14 |
| | | | Underwriter's Fee  $(238.00) | 2500-000 | | | $11,948.14 |
| | | | Transfer Taxes  $(375.00) | 2820-000 | | | $11,948.14 |
| | | | 2010 and 2011 Property Taxes  $(12,303.95) | 2820-000 | | | $11,948.14 |
| | | | Payment to lien holder.  $(144,526.93) | 4110-000 | | | $11,948.14 |
| | | | Exemptions Paid to Donal McIntyre  $(13,112.75) | 8100-002 | | | $11,948.14 |
| | | | payment to Deborah Ebner  $(3,775.00) | 2500-000 | | | $11,948.14 |
| | | | Local County Taxes  $(5,052.73) | 2820-002 | | | $11,948.14 |
| | | | Repair Credit  $(500.00) | 2500-000 | | | $11,948.14 |
| | | | Payment ton Co-Owner  $(40,980.00) | 8500-002 | | | $11,948.14 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.48 | $11,945.66 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.03 | $11,927.63 |
| 05/01/2012 | 3001 | Sun-Times Media | Advertiser Number 100127453 | 2500-000 | | $310.40 | $11,617.23 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.79 | $11,598.44 |
| 01/10/2013 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $6,000.00 | $5,598.44 |
| 01/10/2013 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $779.75 | $4,818.69 |
| 01/10/2013 | 3004 | Office of the Clerk United States Bankruptcy Court | Final | 2700-000 | | $250.00 | $4,568.69 |
| 01/10/2013 | 3005 | Lakelaw | Final | 3110-000 | | $2,100.00 | $2,468.69 |
| 01/10/2013 | 3006 | Lakelaw | Final | 3120-000 | | $34.56 | $2,434.13 |
| 01/10/2013 | 3007 | POPOWCER KATTEN, LTD | Final | 3410-000 | | $460.00 | $1,974.13 |
| 01/10/2013 | 3008 | INTERNAL REVENUE SERVICE | Final | 5800-000 | | $1,974.13 | $0.00 |

**SUBTOTALS**     $11,948.14     $11,948.14

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 11-07745-ERW |
| **Case Name:** | MCINTYRE, DONALD E |
| **Primary Taxpayer ID #:** | ******9538 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 2/26/2011 |
| **For Period Ending:** | 5/8/2013 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4501 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $11,948.14 | $11,948.14 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $11,948.14 | $11,948.14 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $11,948.14 | $11,948.14 | |

**For the period of 2/26/2011 to 5/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $250,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $250,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $190,854.52 |
| Total Non-Compensable Disbursements: | $59,145.48 |
| Total Comp/Non Comp Disbursements: | $250,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/14/2012 to 5/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $250,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $250,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $190,854.52 |
| Total Non-Compensable Disbursements: | $59,145.48 |
| Total Comp/Non Comp Disbursements: | $250,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-07745-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MCINTYRE, DONALD E | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9538 | | Checking Acct #: | ******4501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/26/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/8/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $11,948.14 | $11,948.14 | $0.00 |

**For the period of 2/26/2011 to 5/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $250,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $250,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $190,854.52 |
| Total Non-Compensable Disbursements: | $59,145.48 |
| Total Comp/Non Comp Disbursements: | $250,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/26/2011 to 5/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $250,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $250,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $190,854.52 |
| Total Non-Compensable Disbursements: | $59,145.48 |
| Total Comp/Non Comp Disbursements: | $250,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ